IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 OCT 21 A 9:16

## AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

Darryl Joyce
Plaintiff(s)

vs.                                    2:05CV1009-D

Warden, Jones ET.AL
Defendant(s)

I, Darryl Joyce , being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below is true.

1. Are you presently employed?    YES ( )    NO (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.
   _____ N/A _____

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
   _____ N/A _____

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment?   YES ( )   NO (✓)
   B. Rent payments, interest or dividends?   YES ( )   NO (✓)
   C. Pensions, annuities or life insurance payments?   YES ( )   NO (✓)
   D. Gifts or inheritances?   YES ( )   NO (✓)
   E. Any other sources?   YES (✓)   NO ( )

3. Do you own cash, or do you have money in a checking or savings account?

   Yes ( )    No (✓)    (Include any funds in prison accounts.)

   If the answer is "Yes," state the total value of the items owned.

   N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ( )    No (✓)

   If the answer is "yes," describe the property and state its approximate value.

   N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __October 13, 2005__
                    (date)

_Darryl Joyce_
Signature of Petitioner

CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ 0.18 9- w/n/s on account to his credit at the William E. Donaldson institution where he is confined. I further certify that the petitioner likewise has the following securities to his credit according to the records of said _____ institution:

**COPY FOR COURT ATTACHED**

_Authorized Officer of Institution_

My Commission Expires 5/31/2008    _Patricia H. Parsons_
                                            notary

-2-

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
W.E. DONALDSON CORR. FACILITY

AIS #: 183316      NAME: JOYCE, DARRYL JEVON                 AS OF: 10/17/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| OCT | 14 | $75.15 | $0.00 |
| NOV | 30 | $10.53 | $0.00 |
| DEC | 31 | $62.76 | $200.00 |
| JAN | 31 | $67.94 | $0.00 |
| FEB | 28 | $23.91 | $100.00 |
| MAR | 31 | $146.56 | $100.00 |
| APR | 30 | $192.01 | $0.00 |
| MAY | 31 | $125.99 | $0.00 |
| JUN | 30 | $103.64 | $40.00 |
| JUL | 31 | $64.96 | $0.00 |
| AUG | 31 | $36.62 | $0.00 |
| SEP | 30 | $16.85 | $0.00 |
| OCT | 17 | $4.14 | $0.00 |

COURT COPY