IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DARRYL JOYCE, #183 316         *

    Petitioner,                *

    v.                         *      2:05-CV-1009–ID

WARDEN JONES, *et al.*,        *

    Respondents.               *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2), and for good cause, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 25th day of January 2006.

                        **/s/ Delores R. Boyd**
                        DELORES R. BOYD
                        UNITED STATES MAGISTRATE JUDGE