RECEIVED 2-14-06
2006 FEB 16 A 10:30

Dear Ms. Hackett,     2:05CV1009·ID

    I'm writing to inform the Court, that I'm no longer Station at "William E. Donaldson Corr. Facility". I'm now Station at the address below.

St. Clair Corr. Facility
1000 St. Clair Road
Springville, Al. 35146-5582

Sincerely,
Darryl Joyce

SCANNED 2·16