IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| DARRYL JOYCE,  #183 316 | * | |
| Petitioner, | * | |
| v. | * | 2:05-CV-1009–ID |
| WARDEN JONES, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Respondents' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Respondents' Motion for Extension of Time (Doc. No. 7) is GRANTED; and

2. Respondents are GRANTED an extension from February 21, 2006 to March 7, 2006 to file their answer.

Done, this 27th day of February 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE