# COURT OF CRIMINAL APPEALS
# STATE OF ALABAMA

Therkelsen
S 8/99

Lane W. Mann
 Clerk
Sonja McKnight
 Assistant Clerk



P. O. Box 301555
Montgomery, AL 36130-1555
(334) 242-4590
Fax (334) 242-4689

October 22, 2004

CR-02-2104

Darryl Jevon Joyce v. State of Alabama  (Appeal from Montgomery Circuit Court: CC02-1417)

## NOTICE

You are hereby notified that on October 22, 2004 the following action was taken in the above referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

Lane W. Mann, Clerk
**Court of Criminal Appeals**

cc: Hon. Melissa Rittenour, Circuit Clerk
    Aimee C. Smith, Attorney
    Jean A. Therkelsen, Asst. Atty. Gen.



EXHIBIT E