# THE STATE OF ALABAMA -- JUDICIAL DEPARTMENT
# THE ALABAMA COURT OF CRIMINAL APPEALS

*Therkelsen*
*58199*

**CR-02-2104**

Darryl Jevon Joyce v. State of Alabama  (Appeal from Montgomery Circuit Court: CC02-1417)

## CERTIFICATE OF JUDGMENT

WHEREAS, the appeal in the above referenced cause has been duly submitted and considered by the Court of Criminal Appeals; and

WHEREAS, the judgment indicated below was entered in this cause on August 13th 2004:

**Affirmed by Memorandum.**

NOW, THEREFORE, pursuant to Rule 41 of the Alabama Rules of Appellate Procedure, it is hereby certified that the aforesaid judgment is final.

Witness. Lane W. Mann, Clerk
Court of Criminal Appeals, on this
the 10th day of November, 2004.

*[signature]*

**Clerk**
**Court of Criminal Appeals**
**State of Alabama**

cc: Hon. Truman Hobbs, Circuit Judge
Hon. Melissa Rittenour, Circuit Clerk
Aimee C. Smith, Attorney
Jean A. Therkelsen, Asst. Atty. Gen.


EXHIBIT F