**VOL 1 of 3**

COURT OF CRIMINAL APPEALS NO. CR-02-2104

# APPEAL TO ALABAMA COURT OF CRIMINAL APPEALS

FROM

CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

CIRCUIT COURT NO. CC 2002-1417

CIRCUIT JUDGE HOBBS

Type of Conviction / Order Appealed From: INTENTIONAL MURDER

Sentence Imposed: LIFE WITHOUT PAROLE

Defendant Indigent: ■ YES ☐ NO

DARRYL JEVON JOYCE
NAME OF APPELLANT

AIMEE C. SMITH                    (334) 264-6466
(Appellant's Attorney)            (Telephone No.)
640 S. MCDONOUGH STREET
(Address)
MONTGOMERY        AL        36104
(City)            (State)    (Zip Code)

V.

STATE OF ALABAMA
(State represented by Attorney General)
NOTE: If municipal appeal, indicate above, and enter
name and address of municipal attorney below.

NAME OF APPELLEE

(For Court of Criminal Appeals Use Only)

Part 1 of 5

EXHIBIT

A

# INDEX
## CLERK'S RECORD

| | |
|---|---|
| CASE ACTION SUMMARY.................................................................... | 1-4 |
| AFFIDAVIT................................................................................. | 5 |
| TRANSCRIPT FROM DISTRICT COURT TO CIRCUIT COURT...................... | 6 |
| INDICTMENT.............................................................................. | 7-9 |
| NOTICE OF DISCOVERY................................................................. | 10-12 |
| INCIDENT REPORT....................................................................... | 13-15 |
| JURY VERDICT............................................................................ | 16 |
| SECOND NOTICE OF DISCOVERY..................................................... | 17-19 |
| CASE ACTION SUMMARIES OF PRIORS............................................... | 20-39 |
| VICTIM IMPACT STATEMENT........................................................... | 40-45 |
| MOTION TO WITHDRAW & REQUEST FOR COUNSEL ON APPEAL.............. | 46 |
| ORDER GRANTING MOTION TO WITHDRAW & COUNSEL ON APPEAL....... | 47 |
| TRANSCRIPT/CONVICTION REPORT.................................................. | 48 |
| CERTIFICATE OF APPEAL............................................................... | 49 |
| REPORTER'S TRANSCRIPT ORDER.................................................... | 50 |
| INDEX OF EXHIBITS..................................................................... | 51-52 |
| EXHIBITS.................................................................................. | 53-83 |
| CERTIFICATE OF COMPLETION........................................................ | 84 |

```
ACROSTIC             ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2002 001417.00
OPER: REG                    CASE ACTION SUMMARY
PAGE:  1                      CIRCUIT  CRIMINAL              RUN DATE: 11/15/2002
==================================================================================
                                                                    JUDGE: SMG
IN THE CIRCUIT COURT OF MONTGOMERY
 E OF ALABAMA                     VS      JOYCE DARRYL JEVON
                                          320 BITFORD WAY
CASE: CC 2002 001417.00
                                          MONTGOMERY, AL  36108 0000

DOB: 12/30/1977        SEX: M  RACE: B  HT: 5 11  WT: 150  HR:      EYES:
SSN: 421313693  ALIAS NAMES: FAULK WILLIE LOVE          PONCHO
==================================================================================
CHARGE01: MURDER            CODE01: MURD  LIT: MURDER         TYP: F #: 001
OFFENSE DATE: 02/01/2002           AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                      DATE ARRESTED: 02/11/2002
DATE    INDICTED: 11/08/2002           DATE   FILED: 11/15/2002
DATE    RELEASED:                      DATE  HEARING:
BOND      AMOUNT:    $500,000.00             SURETIES:

DATE 1:          DESC:                  TIME: 0000
DATE 2: 11/21/2002  DESC: ARRG          TIME: 0830 A

TRACKING NOS: GJ 2002 110241 00  /                      /

  DEF/ATY:  Hartley  Hartley  TYPE: A
                              00000

  PROSECUTOR:  W. Powell
==================================================================================
OTH CSE: GJ2002110241OO CHK/TICKET NO:                 GRAND JURY: 241
COURT REPORTER: _____  SID NO:
DEF STATUS: JAIL              DEMAND:      001342224          OPER: REG
==================================================================================
            ACTIONS, JUDGEMENTS, AND NOTES
```

| | |
|---|---|
| 11-21-02 | W Hartley appt'd |
| | DEFENDANT, ARRAIGNED IN OPEN COURT, PLEADS NOT GUILTY. |
| | SMG |
| 1-13-03 | By Agreement of the parties case continued to give D an opportunity to locate other witnesses |
| | TMH |
| 12-16-02 | Notice of Discovery |
| 2-28-03 | D appeared for pretrial |
| | TMH |
| 3-5-03 | Mrs Hartley's Oral Motion to Withdraw granted. D's Mother informed the Court they are retaining Mrs Hamm. Case continued to May 12, 2003 for Trial |

ACR0349   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 2002 001417.00
JUDGE ID:  SMG

☽   E  OF  ALABAMA              VS    JOYCE DARRYL JEVON

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|-------------------------------|

5-8-03 | It having been made known to the Court that Mr. Hanon has not been retained in this matter, Mr. Hartley is re-appointed and this matter shall be set for trial

6/06/03 | Second notice of Discovery
7-11-03 | Δ appeared for pretrial
7-22-03 | JUDGEMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE VERDICT OF THE JURY; Guilty of intentional Murder
State gives notice of 3 priors, Sentencing set

Circuit Judge _____   8-18-03 @ 8³⁰ am

State of Alabama
Unified Judicial System

Form C-7    Rev. 2/79

# CASE ACTION SUMMARY
## CONTINUATION

CC-02-1417 TH

**3**

Style: *Darryl Joyce*

Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|

8-18-03

Defendant & attorney appeared for sentencing. Court asked if he/she had anything to say why sentence should not now be pronounced and Defendant had his/her say.

HOA Enhancements Applicable (Yes)/No
Defendant Admits _____ State Proves __4__ priors

**IT IS ORDERED:**

Sentenced to *Life without Parole* ~~yrs.~~/split to serve _____ yrs.
_____ reverse split postpone _____ mo./year Review _____
Concurrent _____ Consecutive _____

Suspended YES/(NO) Supervised/P.O/Court Probation _____ years
End of Split Sentence _____ years supervised probation
_____ DOC to give 60 day notice prior to E.O.S.

ENHANCEMENTS    $1000/2000 Enhancement Fine
_____ Remit portion completion of SAP
_____ Driver License suspended/revoked 6 mo/_____
_____ $100 DFS fee _____ $100 Head Injury_____
_____ years School/ _____ years Public Housing
_____ years Sale under 18

Boot Camp___ SAP___ Review upon completion-YES ___ GED___
Work Release___ Community Service ___ hrs. Trash Pickup ___ hr
OTHER: *△'s Motion for Appeal Bond denied in accordance with the law*

Restitution $_7,651.50_ Co-Defendant(s) _____
Jointly and Severally liable  Crime Victim $25.00/($50.00)
Court Costs ✓ Attorney Fees ($150.00) Fine $_____
Payment $_____ Mo/Week Begin_____ 703 or 1/2 monies earned ____

Review/Other _____

Defendant advised right to appeal yes/no unless reserve issue or withdraw plea; Defendant to be given credit for time served.
Appeal Bond set $ *denied*

*△ gives Oral Notice of Appeal*

TRUMAN M. HOBBS, JR.
CIRCUIT JUDGE

4

ACRO369  A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 2002 001417.00
JUDGE ID:  TMH

STATE  OF  ALABAMA                    VS      JOYCE DARRYL JEVON

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 8/27/03 | Cert. Of Appeal To Crm. Appls., AG, DA, Court Reporters + Def. Atty. (w) Forms) |
| 9-16-03 | Motion To Withdraw + Request For Counsel On Appeal |
| 9-17-03 | Order Granting Motion To Withdraw and Aimee C. Smith appointed as defs' counsel. |
| 10/01/03 | Form ARAP-1C filed |

Case # 02-02623

**AFFIDAVIT**

**DISTRICT COURT OF MONTGOMERY ALABAMA**

5

INSTRUCTIONS: Complete the following information on OFFENSE/OFFENDER

Offense: MURDER

Defendant's Name: DARRYL JEVON JOYCE AKA "PONCHO"   D.O.B: 12/30/1977

Defendant's SSN: 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   Height: 5'11"   Weight: 150lb

Defendant's Address: 320 BITFORD WAY, MONTGOMERY, AL 36108

Date & Time of Offense: 02/01/02 @ 2337 HRS.

Place of Occurance: 4000 BLOCK OF MARLYN ST., MONTGOMERY, AL 36108

Person or Property Attacked: B/M, JAMES EDWARD FRIENDLY

How Attacked: SHOT VICTIM TO DEATH.

Damage Done or Property Attacked:

Value of Property:

Details of Offense:
On Friday, 02/01/02, at approximately 2337 hrs, the listed Defendant shot the listed Victim after a altercation occurred between the two subjects in the 4000 block of Marlyn St. The Victim died of his wounds at Jackson Hospital. Several witnesses identified the Defendant as the subject who shot the Victim.

This is in violation of 13A-6-2, State code of Alabama.

This offense occurred in the City of Montgomery, in Montgomery County, Alabama.

I make this affidavit for the purpose of securing a warrant against the said DARRYL JEVON JOYCE AKA "PONCHO"     I understand that I am instituting a criminal proceeding and cannot drop this case. I further understand that if any of the forgoing facts are untrue, I may, in addition to any other punishment provided by law, be taxed with court costs in this proceeding.

Sworn to and subscribed before me
this _____ day of _____ 2002.

_____
Judge - Clerk - Magistrate

_____
Complainant

WITNESSES: (Name, Address, Telephone Number)

1) CPL. E.E. HOWTON JR. #404/320 N. RIPLEY ST., MONTG., AL/241-4831
2) _____
3) _____

ACR364

ALABAMA JUDICIAL DATA CENTER
DISTRICT COURT OF MONTGOMERY COUNTY
TRANSCRIPT TO CIRCUIT COURT

CASE: DC 2002 000701.00
JID: LUCIE MCLEMORE

5/500
7/50:
9/445
10/510
11/241

THE  STATE OF ALABAMA        VS    JOYCE DARRYL JEVON
                                   320 BITFORD WAY

                                   MONTGOMERY    AL 36108-0000

                                   CHARGE: MURDER

PROSECUTOR:                        DEF ATTY:
                                   DEF ATTY:

_____ WARRANT ISSUED AND DELIVERED TO SHERIFF.

03/10/2002 WARRANT EXECUTED BY ARRESTING THE DEFENDANT AND COMMITTING HIM
           TO JAIL (OR RELEASING HIM ON BOND).

_____ BOND    $500,000.00 APPROVED AND FILED.  SURETIES.

_____ DEFENDANT TRIED, CONVICTED AND FINED          0.00 DOLLARS
           AND THE COST OF THE PROSECUTION.

_____ ON PRELIMINARY EXAMINATION, DEFENDANT BOUND OVER TO AWAIT THE
           ACTION OF THE GRAND JURY AND BOND FIXED AT          $0.00.

_____ DEFENDANT APPEALED TO THE PRESENT TERM OF THE CIRCUIT COURT AND
           BOND FIXED AT $ _____.

_____ BOND APPROVED AND FILED; SURETIES:

04/11/2002 NO PRELIMINARY REQUESTED, CASE TRANSFERRED TO D.A.
_____ CASE  LAPSE FWD

                        BILL OF COST

             DOCKET FEE               0.00

             PRELIMINARY HEARING      0.00

             WITNESS SUBPOENA         0.00

                  TOTAL               0.00

                  CERTIFICATE TO TRANSCRIPT

TO THE CLERK AND THE CIRCUIT COURT:
   I HEREBY CERTIFY THAT THE FOREGOING IS A FULL, COMPLETE AND EXACT
TRANSCRIPT FROM MY DOCKET OF THE JUDGMENT AND PROCEEDINGS IN THE ABOVE
CLAUSE, AND I HEREWITH SEND TO THE CIRCUIT COURT ALL THE ORIGINAL AND
OTHER PAPERS PERTAINING TO THE SAID CAUSE.

DATE ISSUED: 04/11/2002    MELISSA RITTENOUR        BY_____
                               CLERK

NOTE:

WITNESS FOR STATE:

OPERATOR:MEH
PREPARED:04/11/2002

C 02-1417 SMG

GJ NO. 241

THE STATE OF ALABAMA

v.

DARRYL JEVON JOYCE, alias
320 Bifford Way; DOB: 12/30/77
HT: 5'11; WT: 150; B/M

SID. NO. 01342224  ARREST DATE 02/11/02

FOR

MURDER

*A TRUE BILL*

*[signature]*

Foreperson of Grand Jury

BAIL IN THIS CASE IS FIXED AT

$ $500,000

_____
Judge of Circuit Court of Montgomery County

CC NO. _____

Presented in open Court by the Foreperson of
the Montgomery County Grand Jury in the pres-
ence of _____ 16 _____ other members of
the Grand Jury and filed this, _____ 8th _____ day of

_[signature]_, D. C.

_[signature]_

Clerk of the Circuit Court of Montgomery County

WITNESSES

SEE ATTACHED......

# THE STATE OF ALABAMA

## MONTGOMERY COUNTY

Circuit Court of Montgomery County. _____ NOVEMBER _____ Term. A.D. 2002

**The Grand Jury of said County charge that, before the finding of this indictment,**

```
              DARRYL JEVON JOYCE, alias
              DARRYL D. JOYCE, alias
              DARRYL J. JOYCE, alias
              DARRLY J. JOYCE, alias
              DARRYL JENON JOYCE, alias
              DARYL JOYCE, alias
              DARRYL JOYCE, alias
              PUNCH O JOYCE, alias
              PUNCH-O JOYCE, alias
              PUNCHO JOYCE, alias
              WILLIE FAULK, alias
              WILLIE LOVE FAULK, alias
              PONCHO,
```

whose name is otherwise unknown to the Grand Jury, did intentionally cause

the death of another person, James Friendly, by shooting him with a gun, in

violation of Section 13A-6-2 of the Code of Alabama,

against the peace and dignity of the State of Alabama.

*Ellen Brooks*
_____
District Attorney, Fifteenth Judicial Circuit of Alabama

11/07/02  09.25.00

PAGE  1

| FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | EMPLOYER | EMPLOYER ADDRESS |
|---|---|---|---|---|---|---|
| J Amy | Albright | | | | | |
| J.J. D. | Braswell | | | | | |
| J Ben | Bristol | | | | | |
| K. T. | Burke | | | | | |
| ...C.S. | Butterbaugh | | | | | |
| C. W. | Byrd | 4003 A Marlyn St | | | | |
| K. L. | Drew | | | | MFD | |
| M. | Foggy | 3951 B N. Smiley | | | MFD | |
| Darrol | Gant | 6601 Concord Mews | | | MFD | |
| Antwoine | Giles | | | | MFD | |
| C. J. | Grandison | | | | MFD | |
| S.J? | Hall | | | | MFD | |
| J. D.13 | Happney | | | | MFD | |
| H. W. | Haynie | | | | MFD | |
| J. D. M. | Hoffman | | | | MFD | |
| I. E. | Howton | | | | MFD | |
| A. | Jones | | | | MFD | |
| Avery | Jones | 2637 The Meadows | #7926 | | MFD | |
| Ebony | Jones | 4002-A Marlyn St | | | MFD | |
| B. J. | Jurkofsky | | | | | |
| J. | Mackey | | | | MFD | |
| A. | Martino | | | | MFD | |
| T. N. | McCaskill | | | | MFD | |
| M. P. | McQueen | 4002-A Marlyn St | | | MFD | |
| G. | Myrick | | | | MFD | |
| Brian | Naquin | | | | unemp. | |
| Johnny | Osborne | 1395 Devonshire Dr | | | unemp. | |
| Sarawanee | Osborne | 1395 Devonshire Dr | | | DFS 02MM00226 | 02-MM-00226 |
| Katherine | Parish | | | | MFD | |
| J. P. | Richart | | | | MFD | |
| P. J. | Sampson | | | | MFD | |
| Officer | Seithaili | | | | unemp. | |
| Bryant | Stewart | 4003 A Marlyn St | | | MFD | (Stephanie Wood) |
| Bryant | Stewart | 2819 3rd St. | | | MFD | |
| Jerald 3? | Thomas | 2819 3rd St. | | | Barber Shop | 812 Southern Blvd |
| Jerald | Threat | 312 Bitford Way | | | MFD | |
| J. M. | Townsend | | | | MFD | |
| R. | Wallace | | | | DFS 02MM00226 | |
| Emily | Ward | | | | MFD | |
| K. T. | Wheeler | | | | MFD | |
| S. E. | Wilson | | | | MFD | |
| Jermeica | Winne | | | | MFD | |
| | Works | 1408 4th Ave S. | Clanton, Al | | MFD | |

**** * E N D  O F  R E P O R T *****

10

# IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
## MONTGOMERY COUNTY, ALABAMA

STATE OF ALABAMA            )
    Plaintiff,               )
                             )
v.                          )        CC No. 02-1417-SMG
                             )
DARRYL JEVON JOYCE,         )
    Defendant.               )

## NOTICE OF DISCOVERY

COMES NOW the State of Alabama by and through its District Attorney for the Fifteenth Judicial Circuit, Eleanor I. Brooks, and gives notice of discovery to the defendant, notice of intent to use prior convictions, notice of intent to invoke sentencing enhancements, notice of intent to offer proof by a certificate of analysis, and motion for discovery by the State:

( **X** )  1.    Pursuant to Rule 16.1, A.R.Cr.P., and as otherwise required by law, all available discovery has been provided or made available to the Defendant. Arrangements to inspect physical evidence may be made by contacting the undersigned.

The State of Alabama has furnished a copy of the discovery by sequentially Bates-numbered pages from 000001 thru 0000 **271** . (Pages **178, 181-183 & 202** have not been provided as they are either work product and/or NCIC, which cannot be provided pursuant to state law, unless ordered by the Court). The State of Alabama considers this discovery material to have been received in its entirety by Defense Counsel unless promptly notified in writing of any discrepancies.

( **X** )  2.    The State of Alabama intends to use at trial any and all prior convictions, crimes, wrongs, or acts of the Defendant permitted by Rules 404(b) and 609 of the Alabama Rules of Evidence, and as otherwise allowed by law. The State of Alabama is presently aware of, and intends to use, the following:

Disc. Gun Occ. Veh  94-2506-SMG

Assault II    cc-96-1980-SMC

Assault II    cc-97-1984-SMG

Assault II    cc-97-1985-SMG

Assault III   cc-97-2053-SMG

Assault III   cc-97-2031-SMG

State of Alabama v Darryl Joyce
Motion for Discovery
November 25, 2002
Page 2 of 3

( X ) 3.    The State of Alabama intends to invoke all sentencing enhancements required or permitted by law, including the Habitual Felony Offender Act, pursuant to §13A-5-9, Code of Alabama, 1975, based on any applicable felony convictions known or any which may subsequently be discovered and/or disclosed.  And, if applicable, the following:

   ( X )  Enhancement for use of firearm or deadly weapon.  Minimum term of imprisonment of **20** years.
   (___)  Five Year enhancement for Sale of Drugs within three (3) miles of a school, §13A-12-250.
   (___)  Five Year Enhancement for Sale of Drugs within three (3) miles of housing project, §13A-12-281.
   (___)  $1,000.00 Fine, §13A-12-281.
   (___)  $2,000.00 Fine, §13A-12-281.
   (___)  Suspension of Driver's License, §13A-12-290.
   (___)  Five Year Enhancement for Possession of Firearm, §13A-12-231(13).

( Y ) 4.    Pursuant to §§ 12-21-300 through 303, Code of Alabama, 1975, written notice is hereby given of the State's intent to offer proof by a certificate of analysis in lieu of direct testimony. The certificate of analysis is from the Alabama Department of Forensic Sciences and a copy is included in the discovery material.

( X ) 5.    Pursuant to Rules 16.2 and 16.4(c), A.R.Cr.P., and as otherwise required by law, the Defendant is to provide the State of Alabama, within seven (7) days, a copy of all discovery to which it is entitled.

Respectfully submitted this 10th day of November, 2002.
December

ELEANOR I. BROOKS
DISTRICT ATTORNEY

By:    William I. Powell (POW56)
Deputy District Attorney

12

State of Alabama v Darryl Joyce
Motion for Discovery
November 25, 2002
Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the Honorable Wiley Hartley, Attorney for the Defendant, by hand delivery or by placing same in the appropriate Courthouse Box, or by posting in the United States mail, postage prepaid and properly addressed, on the _____ day of ~~November~~, 2002.
                              DECEMBER

                              ELEANOR I. BROOKS
                              DISTRICT ATTORNEY

                    By:    William I. Powell (POW056)
                           Deputy District Attorney

*Judge Greenhaw*

**13**

*02-1417*

# MONTGOMERY COUNTY DETENTION FACILITY
## INCIDENT REPORT

**REPORT#:** 02-12-03-001

**TIME OF REPORT:** 1226 hours      **DATE OF REPORT:** 2/12/03

**TYPE OF INCIDENT:** Inmates causing disturbance      **LOCATION:** 4-North, cellblock D

**REPORTED BY:** Orum      S.      CO      **TIME:** 0710 hrs.

         LAST NAME      FIRST NAME      RANK      ID#

### INMATES INVOLVED IN INCIDENT

| NAME (LAST, FIRST) | RACE SEX | BOOKING # | CELL | WITNESS/VICTIM/OFFENDER (INDICATE ONE) |
|---|---|---|---|---|
| Johnson, Frankie | B M | 66726 | 4-D-11 | Offender |
| Joyce, Daryl | B M | 65721 | 4-D-9 | Offender |
| Cowart, Anthony | B M | 7889 | 4-D-3 | Offender |
| Langford, Joel | W M | 80774 | 4-D-2 | Offender |

### INJURY TO VICTIM

**EXTENT OF VICTIM INJURY:** (x) MINOR    ( ) SERIOUS    ( ) FATAL

**TYPE OF INJURY:** Minor abrasion to left hand

**VICTIM HOSPITALIZED:** ( ) YES    (x) NO

**IF "YES" WHAT HOSPITAL:**

### MEDICAL ACTION

**DESCRIBE MEDICAL ACTION:** Inmate Langford's hand was cleansed and neosporin was applied. The area was then bandaged.

### DETAILS OF INCIDENT
DESCRIBE INCIDENT IN DETAIL (WHO, WHAT, WHERE, WHEN, HOW, WHY, AND ACTION TAKEN BY OFFICER)

February 12, 2003, at 0710 hours, Officer Orum (4-North control booth operator) observed inmates Johnson, Joyce and Cowart throwing water from their cells onto Inmate Langford. At that time Inmate Langford was out in the day room for his hour break. Inmate Langford then went upstairs to confront the inmates who were throwing water. Officer Orum dialed into the cellblock via the intercom and ordered Inmates Johnson, Joyce and Cowart to stop throwing water. Officer Orum then instructed Inmate Langford to come downstairs and lockdown, but to no avail. At 0711 hours Officer Orum phoned Booking and spoke with Sgt. Jackson concerning the aforementioned incident.

At 0713 hours Sergeants Sanderson, and Jackson, along with Officers Foster, Washington, and Roberson arrived and entered the vestibule. Sgt. Sanderson ordered Inmate Langford into the vestibule area. Inmate Langford complied with the order. After entering the vestibule area, Sgt. Jackson observed an abrasion on Inmate Langford's left hand. Sgt. Jackson questioned Inmate Langford as to how he received the injury. Inmate Langford stated that it happened when he was trying to wrestle a broom from Inmate Johnson. Sgt. Jackson, along with Officers Washington and Roberson, escorted Inmate Langford to the Medical Unit to be seen by the nurse. Nurse

RECEIVED
2-25-03

14

(Continued from first page)    INCIDENT REPORT#    02-12-03-001

Boddie cleansed the abrasion with peroxide, applied a generous amount of neosporin to the wound, and bandaged the affected area. When questioned by Sgt. Jackson as to the nature of the incident, Inmate Langford stated that "he was tired of the Niggers in that cell keeping him up all night".

Sgt. Sanderson remained on 4-North, entered 4-D cellblock, and began questioning Inmates Johnson, Joyce and Cowart concerning the incident. The aforementioned inmates stated to Sgt. Sanderson that Inmate Langford repeatedly called them "Niggers". Sgt. Sanderson phoned Booking and informed Lt. Matthews of the incident. Sgt. Sanderson further stated that it was in Inmate Langford's best interest that he be relocated from 4-D. Lt. Matthews concurred with the decision. At 0735 hours Sgt. Jackson escorted Inmate Langford back to his cell to gather his belongings for relocation. Inmate Langford was relocated to 1-C-4 without further incident. No other inmates or officers were injured as a result of this incident.

Officer Orum is requesting that Inmates Johnson, Joyce, Cowart and Langford go before the disciplinary hearing clerk on the following violations:

    B-8    Attempting to control other inmates, whether through coercion, force, or threat

    C-16   Acting in a way that disrupts or interferes with security or orderly running of the Detention Facility (i.e. failure to lock-down/return to bunk, not returning issued razors at change-out or at release)

15

REPORT#  _02/12/03/001_

By signing below I concur with the content of the report.

Report prepared by: _____      Date: _2-12-03_

Supervisor Signature: _____      Date: _2-12-03_

By signing below I concur with the content of the report.

Responding Officers:

_Ofc. Roberson_____      Date: _02/12/03_

_Sgt. Sander_____      Date: _2-12-03_

_Sgt. Jackson_____      Date: _2-12-03_

_Michael Foster_____      Date: _2-12-03_

_C.R. Washington_____      Date: _2-12-03_

By signing below I concur with the content of the report.

Medical Staff:

_____      Date: _____

_____      Date: _____

_____      Date: _____

16

State of Alabama                                                          Case Number
Unified Judicial System                **JURY VERDICT**

Form C-50      Rev 6/88                                        CC-02-1417 TMH

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

    Plaintiff: STATE OF ALABAMA     v. Defendant: DARRYL J. JOYCE

_____✓_____ We the jury find the Defendant GUILTY of intentional

Murder as charged in the Indictment.

OR

_____ We the jury find the Defendant NOT GUILTY.

7-22-03

JUDGEMENT IS HEREBY ENTERED
IN ACCORDANCE WITH THE
VERDICT OF THE JURY.

_____
Circuit Judge

# RECEIVED

7-23-03

CIRCUIT COURT CLERK

Talmadge L. Foreman
Name of Foreperson (please print)

Talmadge R. Foreman
Foreperson Signature

Date filed  07  /22  /03

17

# IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
## MONTGOMERY COUNTY, ALABAMA

STATE OF ALABAMA        )
    Plaintiff,              )
                    )
v.                      )        CC No. 02-1417-TMH
                    )
DARRYL JEVON JOYCE,     )
    Defendant.              )

## _Second_ NOTICE OF DISCOVERY

COMES NOW the State of Alabama by and through its District Attorney for the Fifteenth Judicial Circuit, Eleanor I. Brooks, and gives notice of discovery to the defendant, notice of intent to use prior convictions, notice of intent to invoke sentencing enhancements, notice of intent to offer proof by a certificate of analysis, and motion for discovery by the State:

( _X_ ) 1.     Pursuant to Rule 16.1, A.R.Cr.P., and as otherwise required by law, all available discovery has been provided or made available to the Defendant. Arrangements to inspect physical evidence may be made by contacting the undersigned.

The State of Alabama has furnished a copy of the discovery by sequentially Bates ,numbered pages from 000001 thru 0000 _271_ . (Pages _178, 181-183, 202_ have not been provided as they are either work product and/or NCIC, or otherwise privileged and cannot be provided pursuant to state law, unless ordered by the Court). The State of Alabama considers this discovery material to have been received in its entirety by Defense Counsel unless promptly notified in writing of any discrepancies.

( _X_ ) 2.     The State of Alabama intends to use at trial any and all prior convictions, crimes, wrongs, or acts of the Defendant permitted by Rules 404(b) and 609 of the Alabama Rules of Evidence, and as otherwise allowed by law. The State of Alabama is presently aware of, and intends to use, the following:

_Disc Gun Occ Veh 94-2506 Sma_         _____

_Assault II, CC96-1980 sma_           _____

_Assault II, CC97-1984 smg_         _____

_Assault II, CC97-1985 smg_         _____

_assault II, Ce97-2053 sma_          _____

_assault III, Ce97-2031-smg_        _____

*NOTE: DUPLICATE DISCOVERY UPON RE-APPOINTMENT

18

State of Alabama v Daryl Joyce
Motion for Discovery
June 6, 2003
Page 2 of 3

( X ) 3.    The State of Alabama intends to invoke all sentencing enhancements required or permitted by law, including the Habitual Felony Offender Act, pursuant to §13A-5-9, Code of Alabama, 1975, based on any applicable felony convictions known or any which may subsequently be discovered and/or disclosed.  And, if applicable, the following:

( X ) Enhancement for use of firearm or deadly weapon.  Minimum term of imprisonment of _20_ years.
(___) Five Year enhancement for Sale of Drugs within three (3) miles of a school, §13A-12-250.
(___) Five Year Enhancement for Sale of Drugs within three (3) miles of housing project, §13A-12-281.
(___) $1,000.00 Fine, §13A-12-281.
(___) $2,000.00 Fine, §13A-12-281.
(___) Suspension of Driver's License, §13A-12-290.
(___) Five Year Enhancement for Possession of Firearm, §13A-12-231(13).

( X ) 4.    Pursuant to §§ 12-21-300 through 303, Code of Alabama, 1975, written notice is hereby given of the State's intent to offer proof by a certificate of analysis in lieu of direct testimony.  The certificate of analysis is from the Alabama Department of Forensic Sciences and a copy is included in the discovery material.

( X ) 5.    Pursuant to Rules 16.2 and 16.4(c), A.R.Cr.P., and as otherwise required by law, the Defendant is to provide the State of Alabama, within seven (7) days, a copy of all discovery to which it is entitled.

Respectfully submitted this _6_ day of June, 2003.

ELEANOR I. BROOKS
DISTRICT ATTORNEY

By:    William L. Powell (POW56)
       Deputy District Attorney

19

State of Alabama v. Daryl Joyce
Motion for Discovery
June 6, 2003
Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the Honorable Wiley Hartley, Attorney for the Defendant, by hand delivery or by placing same in the appropriate Courthouse Box, or by posting in the United States mail, postage prepaid and properly addressed, on the __6__ day of June, 2003.

ELEANOR I. BROOKS
DISTRICT ATTORNEY

By:    William I. Powell (POW056)
Deputy District Attorney

ACSO0370                ALABAMA JUDICIAL INFORMATION SYSTEM         CASE: CC 97 001985.00
OPER: JAG                        SE ACTION SUMMARY
PAGE: 1                        CIRCUIT  CRIMINAL                    RUN DATE: 02/12/97

IN THE CIRCUIT COURT OF MONTGOMERY                                      JUDGE: SMG

STATE OF ALABAMA                  VS     JOYCE DARRYL JEVON              **20**
                                         320 BITFORD WAY
CSE: CC 97 001985.00
                                         MONTGOMERY, AL  36108 0000

DOB: 12/30/77        SEX: M  RACE: B  HT: 6 01  WT: 155  HR:    EYES:
SSN: 421313693  ALIAS NAMES:

CHARGE1: ASSAULT 2ND DEGREE               CODE1: AS92 LIT: ASSAULT 2ND DEG TYP: F
MORE?:        OFFENSE DATE: 06/02/97  AGENCY/OFFICER: MMPD      HILL

DATE WAR/CAP ISS:                   DATE ARRESTED: 02/09/97
DATE  INDICTED: 09/12/97            DATE  FILED: 02/12/97
DATE  RELEASED: 07/09/97            DATE  HEARING:
BOND    AMOUNT:   $10,000.00             SURETIES: INDIVIDUAL

DATE 1:            DESC:            TIME: 0000
DATE 2: 09/25/97  DESC: ATTY       TIME: 1000 A

     DEF/ATY:                       TYPE:                        TYPE:
PROSECUTOR: BOONE, CAROL J

OTH CSE: 9700388900     CHK/TICKET NO:               GRAND JURY: 262
COURT REPORTER:              SID NO:  01342224
DEF STATUS: BOND             DEMAND:                     OPER: JAG

DATE        ACTIONS, JUDGEMENTS, AND NOTES       Jan 14 ✓ Nov 19

9-29-97    ~~Orde~~ Motion For Consolidation of
           Cases

9-30-97    Order For Consolidation of Cases

11-19-97   Continued, no medical records

RECEIVED
6-19-03
CIRCUIT COURT CLERK

State of Alabama
Unified Judicial System

rm C-7    Rev 2/79

**CASE ACTION SUMMARY**
CONTINUATION

Case Number **21**
CC-9- _1985_ GR

Style:  STATE OF ALABAMA  VS. _Darry Joyce_

Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 1 / 22 /98 | Y.O.A  GRANTED / DENIED |
| 1 / /98 | State's Motion/Nolle Prosse Count(s) _____ Granted |
| 1 / /98 | State's Motion To Dismiss Count(s) _____ Granted |
| 1 / /98 | State's Motion To Amend Count _____ to |
| | _____ Granted |
| 1 / 22 /98 | The Defendant is before the Court and is represented. The Court on record fully explained all Constitutional rights. The Court is convinced that Defendant comes into court voluntarily and understands all his rights. Exhibit A is signed by Defendant and counsel and the record affirmatively shows colloquy between the Judge and Defendant and that Defendant fully and completely understands he is waiving his Constitutional rights and other effects of a guilty plea and the consequences thereof and the sentence that could be imposed.  Upon the conclusion of said colloquy the Court accepts the guilty plea and finds Defendant guilty and enters a judgment of guilt to the charge of _assault II_ |
| | Notice of HOA/Drug/Weapon Enhancements given _2 prior_ |
| | P.S.I. ORDERED / WAIVED |
| | Sentencing date is _____ 1998 at 8:00 a.m. |
| | SALLY GREENHAW, CIRCUIT JUDGE |

**22**

State of Alabama
Unified Judicial System

m C-7    Rev 2/79

# CASE ACTION SUMMARY
## CONTINUATION

Case Number
CC-9 7-19.85

Style:    STATE OF ALABAMA V. _Dwight Joyce_

Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 1/22/98 | |

Defendant & attorney appeared for sentencing.
Court asked if he/she had anything to say why
sentence should not now be pronounced and
Defendant having his/her say, it is ORDERED:

HOA Enhancements Applicable  Yes/No
Defendant Admits ___✓___ State Proves __2__ Priors

Sentenced to _15_ yrs./split to serve _3_ yrs.
_____ reverse split postpone _____ review _____
Concurrent 97—19.84  Consecutive to any other
cases

SUSPENDED YES/NO SUPERVISED/COURT PROBATION
_____ years LEVEL II _____ Monitor_____

ENHANCEMENTS – Weapons_____years
   Drug –_____years School/Public Housing
   _____years Sale under 18
   $1000/2000 Fine
   _____ Remit portion completion SAP
   _____ Driver License suspended 6 mo.

GED____ BootCamp_____/SAP_____/Chain Gang____
Work Release____ Frank Lee_____/Employment____
Community Service____ hrs.at _____/PO Select
Review upon completion – Yes

Other – Anger Management
Reserve jurisdiction        reserve Jurisdiction
Restitution $1,400.00 Fine $_____  to run
Crime Victim $25.00/$50.00/$____ Ct.Costs____ concurrent w/older cases
Attorneys Fees $150.00 Attorney/GAL Fees
Payment $_____ Mo/Wk Begin __/__/98 OR
1/2 monies earned ✓ Review _____

Remit

No contact w/V's

Defendant advised rt. appeal, credit time served
Appeal Bd. set $_____.   JUDGE SALLY GREENHAW
                              SMG

**23**

| State of Alabama<br>Unified Judicial System<br><br>Form C-7    Rev 2/79 | CASE ACTION SUMMARY<br>CONTINUATION | Case Number<br>CC 97-1985 GR |
|---|---|---|

Style:
    State v                                          Page Number _____ of _____ Page.

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 1-14-02 | Δ   E. O. S.<br>DEFENDANT APPEARED FOR REVIEW.<br>COPY OF ORDER TO APPEAR ON      8 30<br>3/ 11 /02 GIVEN TO DEFENDANT<br>IN OPEN COURT.<br>        SmG<br>SALLY GREENHAW, CIRCUIT JUDGE |
| 3-11-02 | DEFENDANT FTA FOR Review—failed to pay Costs<br>ISSUE W.O.A.   & charged with new offense<br>     SmG |
| 3-25-02 | Capias Issued |
| 4-19-02 | Capias executed. file sent to Judges Office |

State of Alabama
Unified Judicial System

Form C-7    Rev 2/79

# CASE ACTION SUMMARY
## CONTINUATION

Case Number
cc 97-1985

Style:
STATE OF ALABAMA v. _Darryl Joyce_    Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 4/29/02 | |
| | Delinquency report filed by the Court and based on the record Defendant is declared delinquent ~~and sentenced~~ for: |
| | _____ Failure to report |
| | ✓ Failure to pay court ordered monies |
| | _____ Failure to pay supervision fees |
| | ✓ ~~Arrested on new charges~~ |
| | _____ Failure to avoid injurious habits |
| | _____ Changing residences without permission |
| | ✓ Failure to comply with Court orders — Appear for Review |
| | _____ Failure to attend and/or complete program  on 3-11-02 |
| | SmG |
| | **JUDGE SALLY GREENHAW** |
| 4-29-02 | A shall remain in Delinquent state pending outcome of new charges  SmG |

```
AC8C370          ALABAMA JUDICIAL INFORMATION SYSTEM     CASE:
OPER: JAG                     BE ACTION SUMMARY              RUN DATE: 09/17/97
PAGE:   1                    CIRCUIT  CRIMINAL
```

IN THE CIRCUIT COURT OF MONTGOMERY                                    JUDGE: SMG

STATE  OF  ALABAMA                   VS      JOYCE DARRYL JEVON        **25**
                                             320 BITFORD WAY
CASE: CC 97 001984.00                        MONTGOMERY, AL  36108 0000

```
DOB: 12/30/77        SEX: M  RACE: B  HT: 6 01  WT: 155  HR:       EYES:
SSN: 421313693  ALIAS NAMES:                        A/S 183316
```

CHARGE 1: ASSAULT 2ND DEGREE            CODE 1: ASS2 LIT: ASSAULT 2ND DEG TYP: F
MORE?:        OFFENSE DATE: 06/02/97  AGENCY/OFFICER: MMPD     HILL    Easterling

```
DATE WAR/CAP ISS:               DATE ARRESTED: 07/09/97
DATE    INDICTED: 09/12/97      DATE    FILED: 09/17/97
DATE    RELEASED: 07/09/97      DATE  HEARING:
BOND      AMOUNT:    $10,000.00  SURETIES: INDIVIDUAL
```

DATE 1:         DESC:              TIME: 0000
DATE 2: 09/25/97, DESC: ATTY       TIME: 1000 A
    DEF/ATY: *Wiley Worthy*        TYPE: *A*                        TYPE:
PROSECUTOR: BOONE, CAROL J

OTH CSE: 9700398890O    CHK/TICKET NO:              GRAND JURY: 266
COURT REPORTER:         SID NO:       01342224    √Apr 14   OPER: JAG
DEF STATUS: BOND        DEMAND:                     √Nov 14

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|-------------------------------|
| 9-29-97 | Motion for Consolidation of Cases |
| 9-30-97 | Order for Consolidation of Cases |
| 11-17-97 | Continued, no medical records |

RECEIVED
8-19-03
CIRCUIT COURT CLERK

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number |
|---|---|---|
| Form C-7     Rev 2/79 | | CC-9 7- 1984 GR |

Style: STATE OF ALABAMA VS.

_Darryl Joyce_                    Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 1/20/98 | Y.O.A   GRANTED / DENIED |
| / /98 | State's Motion/Nolle Prosse Count(s)_____Granted |
| / /98 | State's Motion To Dismiss Count(s)_____Granted |
| / /98 | State's Motion To Amend Count _____ to _____ Granted |
| 1/22/98 | The Defendant is before the Court and is represented. The Court on record fully explained all Constitutional rights. The Court is convinced that Defendant comes into court voluntarily and understands all his rights. Exhibit A is signed by Defendant and counsel and the record affirmatively shows colloquy between the Judge and Defendant and that Defendant fully and completely understands he is waiving his Constitutional rights and other effects of a guilty plea and the consequences thereof and the sentence that could be imposed.  Upon the conclusion of said colloquy the Court accepts the guilty plea and finds Defendant guilty and enters a judgment of guilt to the charge of _Assault II_ |
| | Notice of HOA/Drug/Weapon Enhancements given _2 prin_ |
| | P.S.I. ORDERED / WAIVED |
| | Sentencing date is _____ 1998 at 8:00 a.m. |
| | SALLY GREENHAW, CIRCUIT JUDGE |

State of Alabama
Unified Judicial System

**CASE ACTION SUMMARY**
**CONTINUATION**

Case Number
CC-9 7 - 1984

Form C-7    Rev 2/79

Style:    STATE OF ALABAMA V. _Doyle Joyce_    Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 1/22/98 | Defendant & attorney appeared for sentencing. Court asked if he/she had anything to say why sentence should not now be pronounced and Defendant having his/her say, it is ORDERED:

HOA Enhancements Applicable (Yes)/No
Defendant Admits __✓__ State Proves __2__ Priors

Sentenced to _15_ yrs./split to serve _3_ yrs.
_____ reverse split postpone _____ review _____
Concurrent 97-1985 Consecutive ✓ to any other cases
SUSPENDED YES/NO SUPERVISED/COURT PROBATION
_____ years LEVEL II _____ Monitor_____

ENHANCEMENTS - Weapons_____years
    Drug - _____years School/Public Housing
    _____years Sale under 18
    $1000/2000 Fine
    _____ Remit portion completion SAP
    _____ Driver License suspended 6 mo.

GED_____ BootCamp_____/SAP_____/Chain Gang_____
Work Release_____ Frank Lee_____/Employment_____
Community Service_____hrs.at _____/PO Select
Review upon completion - Yes _____

Other - Anger Management
No contact w/ V's
Reserve jurisdiction over restitution
Restitution $ 12,964.00 Fine $_____ Ct.Costs_____
Crime Victim $25.00/$50.00/$_____ 
Attorneys Fees $150.00 Attorney/GAL Fees _____
Payment $_____ Mo/Wk Begin _/_/98 OR
1/2 monies earned ✓ Review _____

Defendant advised rt. appeal, credit time served
Appeal Bd. set $_____.    JUDGE SALLY GREENHAW
                                SMG |

**28**

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case No. CC 97-1984 GR |
|---|---|---|

Form C-7    Rev 2/79

Style: State v _Derryck Joyce_          Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 1-4-02 | SOS in this matter
DEFENDANT APPEARED FOR REVIEW.
COPY OF ORDER TO APPEAR ON
3/ 11 / 02 GIVEN TO DEFENDANT    8 30
IN OPEN COURT.
SMG
SALLY GREENHAW, CIRCUIT JUDGE |
| 3-11-02 | DEFENDANT FTA FOR Review, failed to pay Coms
ISSUE W.O.A. + charged with new
SMG        offense |
| ~25-02 | Capias issued |
| 4-19-02 | Capias executed. File sent to Judge's office |

**29**

| State of Alabama<br>Unified Judicial System<br><br>Form C-7        Rev  2/79 | **CASE ACTION SUMMARY**<br>CONTINUATION | Case Number<br>CC  97-1984 |
|---|---|---|

Style: STATE OF ALABAMA v. _Darryl Joyce_     Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 4/29/02 | |
| | Delinquency report filed by the Court and based on the record Defendant is declared delinquent ~~and convicted~~ for: |
| | ____ Failure to report<br>✓ Failure to pay court ordered monies<br>____ Failure to pay supervision fees<br>✓ ~~Arrested on new charges~~<br>____ Failure to avoid injurious habits<br>____ Changing residences without permission<br>✓ Failure to comply with Court orders  — Appear for Review)<br>____ Failure to attend and/or complete program  on 3-11-02 |
| | SMG |
| | **JUDGE SALLY GREENHAW** |
| 4-29-02 | A  shall  remain in Delinquent state pending outcome of new charges<br><br>SMG |

**30**

ACS0370   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CIRCUIT   CRIMINAL                    CASE. CC 96 001980 00

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY            JUDGE: SMS
STATE OF ALABAMA              VS      JOYCE DARRYL JEVON
                                     320 BITFORD WAY
CASE: CC 96 001980.00
                                     MONTGOMERY, AL  36108 0000

DOB: 12/30/77  RACE: B  SEX:  M      HT:  5 00  WT: 150  HR:       EYC.
SSN: 421313693   ALIAS NAMES:
-----------------------------------------------------------------------
CHARGE1: ASSAULT 2ND DEGREE          CODE1: ASS2 LIT: ASSAULT 2ND DEG  TYPE: F
CHARGE2:                             CODE2:                            TYPE:
CHARGE3:                             CODE3:                            TYPE:
MORE?:        OFFENSE DATE: 07/22/96  AGENCY/OFFICER: MMPD   CUNNING

DATE WAR/CAP ISS:                    DATE ARRESTED: 08/02/96
DATE   INDICTED: 09/13/96            DATE  FILED: 10/02/96
DATE   RELEASED:                     DATE  HEARING:
     BOND AMOUNT:     $10,000.00                 SURETIES:

DATE 1:       DESC:          TIME:   0000
DATE 2: 10/24/96 DESC: ATTY  TIME:   1000 A
DEF/ATY:  Winston Durant W. Hartley   TYPE: A  B           TYPE:
PROSECUTOR:

OTH CSE: 9600368400   CHK/TICKET NO:           GRAND JURY: EG
COURT REPORTER _____      SID NO: 01342224
DEF STATUS: JAIL      DEMAND:                  OPID: REF
                                                        ✓ Feb 26
-----------------------------------------------------------------------
 DATE          ACTION, JUDGMENTS, CASE NOTES

10-2-96    ✗ DEF IN JAIL 10/1/96

           ✗ NEED 72 HR HEARING
             PURSUANT TO RULE 4.4

10-4-96

           DEFENDANT APPEARED IN OPEN COURT IN ACCORDANCE
           WITH RULE 4.3(a)(8)(i) A.R. Cr. P. THE COURT ADVISED THE
           DEFENDANT OF THE CHARGES AGAINST HIM/HER, INFORMED
           DEFENDANT OF ALL MATTERS REQUIRED BY RULE 4.4, AND
           DETERMINED CONDITIONS OF RELEASE AS REQUIRED BY     appoint  W. Durant
           RULE 7.3 AND 1993 ALA. ACTS 677.

                                          SMS
           _____
           SALLY GREENHAW, CIRCUIT JUDGE

10-24-96  W. Hartley  Retained  appointed

2-26-97  Case continued to 3-3-97. SMS

RECEIVED
8-19-03
CIRCUIT COURT CLERK

31

State of Alabama
Supreme Court
Dept. of Court Mgmt.

Form SC-C-F 11-77

# CASE ACTION SUMMARY
## CONTINUATION

Case Number

CC 9 6-15 80

STATE VS. _Darryl Joyce_

Page Number _____

| DATE | | ACTIONS |
|---|---|---|

3/ 4 /95  Y.O.A. GRANT/DENIED/~~~~~

/ /95  State's Motion to Amend Count _____ to _____ grant.

3/ 4 /96    The Defendant comes before the Court with counsel of record on the record, fully explained to Defendant all Constitutional rights. The court is convinced that Defendant comes into the Court voluntarily and understands all Constitutional rights. Exhibit A is signed by Defendant and the Record affirmatively shows colloquy between the Judge and Defendant as to Defendant's full and complete understanding as to Constitutional rights and as to all the waivers that a guilty plea effects and the consequences thereof. Upon the conclusion of said colloquy the Court accepts the guilty plea and finds the Defendant guilty and enters a judgment of guilt to the charge of _Assult II_

Notice of EOA/Drug Enhancements given

P.S.I. ORDERED/~~WAIVED~~

Sentencing date is 3 / 7 /96

Sng

SALLY GREENHAW, CIRCUIT JUDGE

**32**

State of Alabama
Supreme Court
Dept. of Court Mgmt.

Form SC-C-1 11.77

## CASE ACTION SUMMARY
### CONTINUATION

Case Number

CC 96-19?-

*Darryl Joyce*

Page Number

| DATE | ACTIONS |
|------|---------|

| 3-7-97 | Defendant appeared with attorney for sentencing. Court having asked if he/she had anything to say as to why sentence should not now be pronounced and Defendant having his/her say, it is ORDERED: |

Plea Agreement-

Sentenced to **10** years/split to serve **3 years** suspended
reverse split postpone review

Concurrant /Consecutive w/ 94-2506

PROBATION/SUPERVISED **5** years/months/Court
Level I Monitor

Enhancements- HCA Defendant Admits **94-2506** priors
State Proved ____ Priors

Weapons ____ years
Drug - ____ years School/Public Housing
____ years Sale under 18

$ ____ Fine
YES Remit portion upon completion SAP?
YES Driver License suspended 6 mo

BootCamp ____/SAP ____/Chain Gang ____/Work Release
Trank fee ____/Other ____ Review upon completion Yes/No

SED X Employment ____/Community Service **150 hours**
Other *Anger Management Program & Δ ordered to avoid all*
*contact with the Victim*
Restitution $ Other

Fine $ ____

Crime Victim $25.00/$50.00/$
Court Costs to be determined by Clerk
Attorneys Fees $150.00/To Be Submitted - GAL Fees
Payment $50 /Week beginning ____ or
1/2 monies earned

Defendant advised of right to appeal, credit to be given
as allowed by law for time served. Appeal Bond set $ ____.

SALLY GREENHAW, JUDGE    *SMG*

| 9-12-97 | To remain on probation on this case, split sentence imposed in 94-2506 SMG |
| 4:02 | Δ appeared EOS in other matters Review 3-11-02 @ 8:30 |

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number |
|---|---|---|
| Form C-7     Rev 2/79 | | CC 96-1980     GR |

Style:     STATE OF ALABAMA  vs.

_Darryl Joyce_                              Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 3-11-02 | |
| | DEFENDANT FTA FOR     Review, any cons. + charged ISSUE W.O.A.     with new offense |
| | smc |
| 3-25-02 | Capias Issued |
| 4-19-02 | Capias executed. File sent to Judge's Office |

**34**

| State of Alabama<br>Unified Judicial System<br>Form C-7     Rev 2/79 | CASE ACTION SUMMARY<br>CONTINUATION | Case Number<br>cc 96-1980 |
| --- | --- | --- |

Style: STATE OF ALABAMA v. _Darryl Hayes_     Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
| --- | --- |
| 4/29/02 | |
| | Delinquency report filed by the Court and based on the record Defendant is declared delinquent ~~and sentenced~~ for: |
| | _____ Failure to report |
| | ✓ Failure to pay court ordered monies |
| | _____ Failure to pay supervision fees |
| | ✓ ~~Arrested on new charges~~ |
| | _____ Failure to avoid injurious habits |
| | _____ Changing residences without permission |
| | ✓ Failure to comply with Court orders — Appear for Review |
| | _____ Failure to attend and/or complete program    on 3-11-02 |
| | SMG |
| | **JUDGE SALLY GREENHAW** |
| 4-29-02 | A shall remain in Delinquent stat pending outcome of new charges |
| | SMG |

**35**

CASE ACTION SUMMARY
CIRCUIT CRIMINAL

CASE: CC 94 002506 00

JUDGE: JSP

IN THE CIRCUIT   COURT OF MONTGOMERY   COUNTY

STATE OF ALABAMA                VS        JOYCE DARRYL
                                          320 BITFORD WAY
CASE: CC 94 002506 00
                                          MONTGOMERY      AL  36108-0000

DOB: 12/30/77  RACE: B  SEX:  M  HT:  510  WT: 145  HR:  BLK  EYE  BRO
SSN: 421313693    ALIAS NAMES:

CHARGE1: DISCHARGE GUN OCC BLDG/VEHICLE CODE1: DSF1 LIT: DISCHARGE GUN OC TYPE: F
CHARGE2:                                  CODE2: 0000                    TYPE: F
CHARGE3:                                  CODE3: 0000                    TYPE: F
MORE?:          OFFENSE DATE: 10/20/94    AGENCY/OFFICER: AL0030000

DATE WAR/CAP ISS:    /  /              DATE ARRESTED:  10/21/94
DATE   INDICTED:  12/02/94            DATE   FILED:   12/07/94
DATE   RELEASED:  10/21/94            DATE HEARING:    /  /
     BOND AMOUNT:      $7,500.00      SURETIES: INDIVIDUAL

DATE 1:               DESC: 0000      TIME:  0000
DATE 2:  12/14/94     DESC: ARRG      TIME:  0000
DEF/ATY:  Winston Durant            TYPE: A                       TYPE:
PROSECUTOR: ~~GLANZER, DAVID~~ N K Hutson

OTH CSE: 9400432400    CHK/TICKET NO:              GRAND JURY: 87
COURT REPORTER              SID NO: 000000000
DEF STATUS: BOND    JURY DEMAND:                   OPID:  TIH

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | July 24  Apr 20 |
|------|-------------------------------|-----------------|
|      |                               | June 12 |
| 12-14-94 | W/A |  |
| 12-14-94 | App. 40A |  |
| 5-30-95 | Motion for Consolidation of Class |  |
| 6-6-95 | "          "          "   granted Sme |  |
| 6-12-95 | Defendant FTA for Trial, F+C |  |

*Sally Steele*
**JUDGE SALLY GREENHAW**

| 6-15-95 | Order Granting Motion to Consolidate |
| 6-22-95 | Capias issued FN 7-3-95 file to Judy |
| 7-6-95 | F+C set aside SMG |
| 7-24-95 | Application for 40B |
| 7-24-95 | Defendant comes before the court with his attorney of record. The Court on the record, fully explained to Defendant all Constitutional ~~rights. The court is convinced that Defendant comes into the Court~~ voluntarily and understands all Constitutional rights. Exhibit A is signed by Defendant and the record affirmatively shows colloquy ~~between the Judge and Defendant as to Defendant's full and complete~~ understanding as to Constitutional rights and as to all of the waivers that a guilty plea effects and the consequences thereof. Upon the conclusion of said colloquy the Court accepts the guilty plea and finds the Defendant guilty and enters a judgment of guilt. |

Sentencing date AS  8-8-95

PLX  P.S.I. ORDERED

8-19-03

CLERK

*Discharging a gun occupied vehicle*
SMG

SALLY GREENHAW,
CIRCUIT JUDGE



State of Alabama
Supreme Court
Dept. of Court Mgmt.

Form SC-C-7 11-77

## CASE ACTION SUMMARY
### CONTINUATION

Case Number

CC-94-2506

| IC | YR | Number |

DARRYL JOYCE                                                    Page Number

| DATE | ACTIONS |
|------|---------|
| 8/3/95 | The Court having ~~considered the defendant and~~ considered the ~~manner of appreciation~~ of the defendant as ~~required by~~ ~~Ala. Code 13A-19-1~~ (1975). It is ~~considered that~~ defendant's request to be ~~tried as a youthful offender~~ DENIED. <br><br> SALLY GREENHAW, CIRCUIT JUDGE |
| 8/3/95 | Defendant appeared with attorney of record for sentencing. The Court having asked the Defendant if he had anything to say as to why the sentence of law should not now be pronounced upon him and Defendant having his say it is ORDERED: <br> 1.  Defendant sentenced to 10 years split, to serve 2 years at DOC, the first 180 days of which will be served at Boot Camp and placed on 5 years supervised probation following incarceration. To be reviewed upon successful completion of Boot Camp. <br> 2.  Pay court costs. <br> 3.  Reimburse the State $150.00 attorney fees. <br> 4.  Pay $50.00 CVCF. <br> 5.  Restitution - remain open at this time. <br> Advised of right to appeal. <br><br> SALLY GREENHAW, CIRCUIT JUDGE |
| 1/4/96 | Defendant and counsel of record appeared for Review Hearing following successful completion of Boot Camp. On recommendation of PO it is ORDERED: <br> 1.  Sentence suspended and placed on probation the first portion of which is to be served on the Level I Monitor Probation. <br> 2.  Enroll in GED program and obtain diploma. <br> 3.  Seek and maintain employment. <br> 4.  Perform 100 hours of community service. <br> 5.  Pay $25.00 per month beginning 3/1/96 toward COMs. <br><br> SALLY GREENHAW, CIRCUIT JUDGE |
| 1-8-96 | Probation Release Notice To Doc) |

State of Alabama
Supreme Court
Dept. of Court Mgmt.

Form SC-C-7 11-77

# CASE ACTION SUMMARY
## CONTINUATION

**37**

Case Number

CC ___ ___

*David Joyce*

Page Number _____

| DATE | ACTIONS |
|------|---------|

**10-31-96** Delinquency report filed by P.O. Officer and based on testimony of P.O. Officer _____ Defendant declared delinquent and __ARREST ORDERED__ for:

1. Failure to report
2. Failure to pay court order monies
3. Failure to pay supervision fees
4. Arrested on new charges
5. Failure to avoid injurious habits
6. _____
7. _____
8. _____

Defendant appeared with attorney and was orally ~~informed of the delinquency charges and also provided~~ with a written statement of the charges, the disclosure ~~of evidence, the opportunity to be heard, to~~ present witnesses and documentary evidence, to confront ~~and cross-examine witnesses.~~ Defendant __ADMITTED__ charges, or Defendant __DENIED__ _____ charges and a revocation hearing is set for _____ .

### JUDGE SALLY GREENHAW

| | |
|---|---|
| 10-31-96 | Δ to remain in delinquent status p |
| 3-7-97 | Δ's probation is reinstated + Δ is released, sue |

State of Alabama
Supreme Court
Dept. of Court Mgmt.

Form SC-C-7 11-77

**CASE ACTION SUMMARY**
**CONTINUATION**

Case Number:

CC 94-2506

*Darryl Joyce*

Page Number _____

| DATE | ACTIONS |
|------|---------|
| 8-27-97 | Delinquency report filed by P.O. Officer and based on testimony of P.O. Officer _____ Defendant declared delinquent and ARREST ORDERED for: |

          1. Failure to report
          2. Failure to pay court order monies
          3. Failure to pay supervision fees
          4. Arrested on new charges
          5. Failure to avoid injurious habits
    X  6. Conviction
          7.
          8.

| 9-12-97 | Defendant appeared with attorney and was orally informed of the delinquency charges and also provided with a written statement of the charges, the disclosure of the evidence, the opportunity to be heard, to present witnesses and documentary evidence, to confront and cross-examine witnesses. Defendant ADMITTED X charges, or Defendant DENIED _____ charges and a revocation hearing is set for _____ probation revoked and split sentence imposed. |

*Sally Greenhaw*

JUDGE SALLY GREENHAW

**39**

CASE ACTION SUMMARY

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY                    JUDGE EMG

STATE OF ALABAMA                    VS        JOYCE DARRYL
CASE CC 95 000132 00                          350 BITFORD WAY DRIVE
                                              MONTGOMERY        AL 36106-1111

DOB 12/30/71  RACE: B  SEX: M  HT: 510  WT: 145  HR      EYE
SSN 421313693   ALIAS NAMES:

CHARGE1 DISCHARGE GUN OCC BLDG/VEHICLE CODE1 DSF1 LIT DISCHARGE GUN CITY EF
CHARGE2                                CODE2 0000
CHARGE3                                CODE3 0000
MONE?      OFFENSE DATE: 11 OCT/94  AGENCY/OFFICER: M060

DATE WAR/CAP ISS:            DATE ARRESTED: 11/23 94
DATE   INDICTED: 01/13/95    DATE   FILED: 01/18 95
DATE   RELEASED: 11/23/94    DATE HEARING:
       BOND AMOUNT:  $5,000.00 SURETIES: INDIVIDUAL

DATE 1:      DESC: 0000     TIME: 0000
DATE 2: 01/25/95 DESC: ARRG TIME: 0830 A

DEF ATY: Wiley Hartley     TYPE:                    TYPE
PROSECUTOR: Hitson  Winston Durant
OTH CSE: 9400476400   CHK/TICKET NO:              GRAND JURY: 300
COURT REPORTER            SID NO:                  OPID: FAS
DEF STATUS: BOND   JURY DEMAND:          July 24    April 10
                                                   June 6

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 1-25-95 | 6/4 filed |
| 5-30-95 | Motion for Consolidation of Cases |
| 6-6-95 | "  "  "  granted SMG |
| 6-12-95 | Defendant FTA for Trial - F+C |

_Judge Sally Greenhaw_

**JUDGE SALLY GREENHAW**

| 6-22-95 | Capias issued  Ex. 7-3-95 file sent to Judge |
| 7-6-95 | F+C set aside SMG |
| 7-24-95 | State's Oral motion to Nolle Pros Ordered |
|  | Granted |

SMG

**JUDGE SALLY GREENHAW**

| 10-3-96 | Remains a delinquent Status Reviews |
|  | 30 days |

RECEIVED
8-19-03
CIRCUIT COURT CLERK

40

## VICTIM IMPACT STATEMENT

YOUR HONOR,

I will try to find words to describe how my son's murder has impacted my life. There are no adequate words to describe the pain, the anger, the despair that I have felt since JAMES was murdered. There is no way to put my shattered world Back together since the biggest piece is missing. James,my precious son was my world.

James was A loving ,giving man with A heart as big as the world.I watch helplessly as all the members of our family struggle with the pain, anger and grief. James' murder took everything from me.It took my joy, my security, my rest, my future grandchildren, my peace, and my ability to enjoy anything, it also took my confort in my old age.

It gave me sleepless nights, nightmares, night terrors, panic attacks and post traumatic stress disorder. It gave me depression and A struggle to find A reason to survive each day. It gave me tears and more tears, pain and more pain beyond my imagination. It covered my world in sadness and anger. It destroys my health A little at A time.

There is not one second that I don't long for him, he is my first thought when I awake, my final thought at night and all my thoughts throughout the day. There is not one day that I don't see his blood spilled or his cold dead body in that casket and live with the horror my son must have endured that night, the betrayal he must have felt when he realized that someone he knew could



RECEIVED
8-19-03
OFFICE COURT CLERK



take his life without any reason or provacation. The helplessness he mut have

felt at that moment haunts me everyday.

The emotional and psychological scars on our family's souls will never heal.

James' four children: 6 year old labresha, 4 year old twins jamaine & james,

And 3 year old tamaine, will grow up without feeling the love and guidance from

the father that worshipped them. Even today they cannot come into my home

Without crying, they can't stand not being able to see him here.

Judge, I now ask you to sentence the murderer of my son james,to the

maximum penalty allowed. This murderer had been released from prison in

November for A violent crime and he murdered my son 3 months later.

This murderer was convicted  by A jury,  another extreme emotional trauma

the victim's family must suffer in silence thoughout, therefore I beg of you

not to give this murderer A chance to send another victims family into this living

nightmare of pain and agony.


                    THANK-YOU & GOD BLESS YOU

                    SALLIE FRIENDLY(mother of james)

Mr. Fleming Rd
Montgomery, Al.
36105

To whom it may concern:

I am Sally Friendly, the Mother of
the decease James Friendly. The
Bible say their <u>shall not kill</u>
On behalf of my son I do not
wish the death penalty for the person
that took my son life but I <u>do</u>
want him to get out, I want him
to get life without parole because
he should have face the truth
that he had taken my son life
and gave up not running away
I am begging that you take this
in canceration and keep this person
behind bars forever.

Someone that loved
her son to his friend

43

Dear Judge

I'm a family member of James Spreindly and I'm writing you today to ask to you give this man who killed my love one the maxium sentance of alive because James did not deserve to die the way he did and what he did over was foolishness and if he can kill someone over nonsense it could be over for the next person for less then that. James wasn't a Angel but compared to his killer he's a saint. James had a lot of good qualities. He had a great personality, he was a good father who took times out with his kids, he played on his daughter school fathers basketball team he loved his kids and they loved him. The oldest kid is having a real hard time right now

44

we can't mention his name
around her she's a little
girl without her father two
boys without their father and
a Mother without her son.
The defendant mother can
visit her son in prison
but James family has to
go to a grave yard to see
him were we get no response
of how his doing do he need
anything. Its not fair that
he had to be taken at such
a young age that he could
not see his kids grow up
enjoy grandkids see his
daughter get married. If James
cant get to enjoy these thing
then his killer should not
get to enjoy them either.
If this man it allowed to
get out to enjoy life someone
else will not get to enjoy
theres. Judge please give
James his Justice so he
Can Rest In Peace now

His family Love him and always will all we can do now is look at pictures and talk about memories of him and make sure his kids know how their father was. James is missed by everyone who knew him.

The family of James Friendly

Noami Jordan

LaSonya Friendly

| STATE OF ALABAMA | * | IN THE CIRCUIT COURT OF |
| PLAINTIFF | * | MONTGOMERY COUNTY, |
| VS. | * | STATE OF ALABAMA |
| DARRYL J. JOYCE | * | CRIMINAL DIVISION |
| DEFENDANT | * | CASE NO. CC- 2002- 1417 TMH |

## MOTION TO WITHDRAW AND REQUEST FOR COUNSEL ON APPEAL

Comes now the undersigned counsel, John W. Hartley, Jr., and respectfully requests that this Honorable Court allow him to withdraw as counsel for the Defendant and as for grounds states the following:

1.  I represented the Defendant in this case as appointed counsel and the defendant has given Notice Of Appeal.

Wherefore the premises considered counsel requests this Honorable Court to allow him to withdraw from this matter.

Respectfully submitted this the ___16th___ day of September, 2003.

_____
John W. Hartley, Jr HAR 060

Attorney for the Defendant
312 Scott Street
Montgomery, Alabama 36104
(334) 269-9157

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion upon the District Attorney for Montgomery County, by placing a copy of the same in her box located in the Circuit Clerk's Office in the Montgomery County Courthouse, on this the 16th day of Sept. 2003

_____
John W. Hartley, Jr



47

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

STATE OF ALABAMA,            *

    Plaintiff,            *

v.                           *    CASE NO. CC-02-1417 TMH

DARRYL J. JOYCE,             *

    Defendant.            *

## ORDER

This cause is before the Court on a Motion To Withdraw filed by the Honorable Wiley Hartley. The Court having considered the matter it is ORDERED that Mr. Hartley's Motion to Withdraw is granted and the Honorable Aimee C. Smith is appointed to represent Defendant on appeal of this matter.

DONE this the 17th day of September, 2003.

TRUMAN M. HOBBS, JR.
CIRCUIT JUDGE

copies:

Wiley Hartley, Esq.
Aimee C. Smith, Esq.
Ben Shoettker, D.D.A.

RECEIVED
9-16-03
CIRCUIT COURT CLERK

48

ACR359

ALABAMA JUDICIAL DATA CENTER
MONTGOMERY COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 2002 001417.00 01
TRUMAN M HOBBS

```
-------------------------------------------------------------------------
! CIRCUIT COURT OF MONTGOMERY COUNTY              COURT ORI: 003045 J     !
-------------------------------------------------------------------------
! STATE OF ALABAMA    VS.                  DC NO: GJ 2002 110241.00        !
! JOYCE DARRYL JEVON        ALIAS: FAULK WILLIE LG J:   241                !
! 320 BITFORD WAY           ALIAS: PONCHO       SSN:   421313693           !
! MONTGOMERY  AL  36108                         SID:   001342224           !
!                                               AIS:                        !
-------------------------------------------------------------------------
! DOB: 12/30/1977  SEX: M  HT: 5 11   WT: 150  HAIR: BLK   EYE: BRO        !
! RACE: ( )W (X)B ( )O   COMPLEXION: _____  AGE: ____  FEATURES: _____ !
-------------------------------------------------------------------------
! DATE OFFENSE: 02/01/2002  ARREST DATE: 02/11/2002  ARREST ORI: 0030100   !
-------------------------------------------------------------------------
! CHARGES @ CONV     CITES        CT CL COURT ACTION         CA DATE       !
! MURDER             13A-006-002  01 A  CONVICTED            07/22/2003    !
!                                 00                         00/00/0000    !
!                                 00                         00/00/0000    !
-------------------------------------------------------------------------
! JUDGE: TRUMAN M HOBBS                  PROSECUTOR:                        !
-------------------------------------------------------------------------
! PROBATION APPLIED   GRANTED  DATE    REARRESTED DATE   REVOKED  DATE     !
! ( )Y( )N    ( )Y( )N _____     ( )Y( )N _____    ( )Y( )N _____    !
-------------------------------------------------------------------------
! 15-18-8, CODE OF ALA 1975   IMPOSED   SUSPENDED   TOTAL   JAIL CREDIT    !
!  ( )Y (X)N  CONFINEMENT: 00 00 000  00 00 000  00 00 000  00 00 527      !
!             PROBATION :  00 00 000             00 00 000                 !
! DATE SENTENCED: 08/18/2003   SENTENCE BEGINS: 08/18/2003                 !
-------------------------------------------------------------------------
! PROVISIONS                 COSTS/RESTITUTION        DUE      ORDERED     !
!                                                                          !
! PENITENTIARY               RESTITUTION          $7651.50    $7651.50     !
! LIFE WO PAROL              ATTORNEY FEE            $0.00       $0.00      !
! HABITUAL OFDR              CRIME VICTIMS          $50.00      $50.00      !
!                            COST                 $1623.00    $1623.00     !
!                            FINE                    $0.00       $0.00      !
!                            MUNICIPAL FEES          $0.00       $0.00      !
!                            DRUG FEES              $0.00       $0.00      !
!                            ADDTL DEFENDANT        $0.00       $0.00      !
!                            DA FEES                $0.00       $0.00      !
!                            COLLECTION ACCT        $0.00       $0.00      !
!                            JAIL FEES              $0.00       $0.00      !
!                                                                          !
!                            TOTAL                $9324.50    $9324.50     !
-------------------------------------------------------------------------
! APPEAL DATE        SUSPENDED        AFFIRMED        REARREST             !
!                                                                          !
! ( )Y( )N _____     ( )Y( )N _____  ( )Y( )N _____   ( )Y( )N _____ !
-------------------------------------------------------------------------
! REMARKS:                        THIS IS TO CERTIFY THAT THE              !
!                                 ABOVE INFORMATION WAS EXTRACTED          !
!                                 FROM OFFICIAL COURT RECORDS              !
!                                 AND IS TRUE AND CORRECT.                 !
! DEFENDANT SENTENCED TO LIFE W/OUT PAROLE.                                !
!                                                                          !
!                                 _____        !
!                                 MELISSA RITTENOUR(CC)                    !
!                                                                          !
!                                 08/26/2003                              !
-------------------------------------------------------------------------
```

OPERATOR: DBH
PREPARED: 08/26/2003

ACR371                        ALABAMA JUDICIAL DATA CENTER
                NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                            BY THE TRIAL COURT CLERK
                    IN THE CIRCUIT COURT  OF MONTGOMERY COUNTY
STATE OF ALABAMA VS JOYCE DARRYL JEVON          JUDGE: TRUMAN M HOBBS

APPEAL DATE: 08/18/2003

INDIGENCY STATUS:
    GRANTED INDIGENCY STATUS AT TRIAL COURT:          ____ YES    ____ NO
    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:    ____ YES    ____ NO
    INDIGENT STATUS REVOKED ON APPEAL:                ____ YES    ____ NO
    INDIGENT STATUS GRANTED ON APPEAL:                ____ YES    ____ NO

DEATH PENALTY: NO

APPEAL TYPE: STATE CONVICTION

THIS IS AN APPEAL FROM A CONVICTION.

DATE OF CONVICTION: 07/22/2003          DATE OF SENTENCE: 08/18/2003

YOUTHFUL OFFENDER STATUS: DENIED

CO/CASE NUMBER: 03/CC 2002 001417.00
CODE: MURD    CONVICTION: MURDER          ACTION: CONVICTED
                                          STATUTE: 13A-006-002
SENTENCE:   CONF: 00 YRS 00 MOS 000 DAYS
SENTENCE:   PROB: 00 YRS 00 MOS 000 DAYS    LIFE: NO    LIFEWO: YES

POST-JUDGMENT MOTIONS FILED:   DT FILED      DT DENIED      CON BY AGREE
___ MOTION FOR NEW TRIAL       _____      _____      _____
___ MOTION FOR JUDG. OF ACQUIT _____      _____      _____
___ MOTION TO W/D GUILTY PLEA  _____      _____      _____
___ MOTION FOR ATTY TO W/DRAW  _____      _____      _____
___ OTHER                      _____      _____      _____

COURT REPORTER(S):             SHELTON, JUDY
ADDRESS:                       JUDGE TURMAN M HOBBS JR
                               MONTGOMERY    , AL   36104

APPELLATE COUNSEL #1:          HARTLEY JOHN W JR
ADDRESS:                       312 SCOTT ST.

                               MONTGOMERY    , AL   36104
PHONE NUMBER:                  205-269-9157

APPELLATE COUNSEL #2:
ADDRESS:                       _____
                               _____
                               _____
PHONE NUMBER:                  _____

APPELLANT (PRO SE):            JOYCE DARRYL JEVON
ADDRESS:                       320 BITFORD WAY
                               MONTGOMERY    , AL   361080000
AIS #:

APPELLEE (IF CITY APPEAL):     _____
ADDRESS:                       _____
                               _____

I CERTIFY THAT THE INFORMATION PROVIDED                OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY          PREPARED: 08/27/2003
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 27th DAY OF August, 2003    CIRCUIT COURT CLERK

| State of Alabama Unified Judicial System Form ARAP- 1C    8/91 | REPORTER'S TRANSCRIPT ORDER -- CRIMINAL See Rules 10(c) and 11(b) of the Alabama Rules of Appellate Procedure (A.R. App.P.) | Criminal Appeal Number CR - 02 - 2104 TH |
|---|---|---|

TO BE COMPLETED BY COUNSEL FOR THE APPELLANT OR BY THE APPELLANT IF NOT REPRESENTED AND FILED WITH THE WRITTEN NOTICE OF APPEAL OR FILED WITHIN 7 DAYS AFTER ORAL NOTICE OF APPEAL IS GIVEN.

☒ CIRCUIT COURT ☐ DISTRICT COURT ☐ JUVENILE COURT OF __Montgomery_____ COUNTY

__Darryl Jevon Joyce_____, Appellant

V.   ☒ STATE OF ALABAMA   ☐ MUNICIPALITY OF _____

Case Number  CC-02-1417

Date of Judgment/Sentence/Order  8-18-03

Date of Notice of Appeal
Oral:  8-18-03     Written: _____

Indigent Status Granted:  ☒ Yes   ☐ No

**PART 1. TO BE SIGNED IF THE APPEAL WILL NOT HAVE A COURT REPORTER'S TRANSCRIPT:**
I CERTIFY THAT NO REPORTER'S TRANSCRIPT IS EXPECTED AND THAT THE RECORD ON APPEAL SHALL CONSIST OF THE CLERK'S RECORD ONLY. IF THE APPEAL IS FROM DISTRICT COURT OR JUVENILE COURT, I ALSO CERTIFY (1) THAT A STIPULATION OF FACTS WILL BE INCLUDED IN THE CLERK'S RECORD AND THAT THE APPELLANT WAIVES HIS RIGHT TO A JURY TRIAL IF SO ENTITLED; OR (2) THAT THE PARTIES HAVE STIPULATED THAT ONLY QUESTIONS OF LAW ARE INVOLVED AND THAT THE QUESTIONS WILL BE CERTIFIED BY THE JUVENILE/DISTRICT COURT FOR INCLUSION IN THE CLERK'S RECORD (SEE RULE 28(A)(1), ALABAMA RULES OF JUVENILE PROCEDURE, AND §12-72, CODE OF ALABAMA 1975)

Signature _____    Date _____    Print or Type Name _____

**PART 2. DESIGNATION OF PROCEEDINGS TO BE TRANSCRIBED.** Request is hereby made to the court reporter(s) indicated below for a transcript of the following proceedings in the above referenced case (see Rule 10(c)(2), Alabama Rules of Appellate Procedure (A.R App P.)):

MARK PROCEEDINGS REQUESTED:                                        COURT REPORTER(S)

A. ☒ TRIAL PROCEEDINGS - Although this designation will include the judgment and sentence    Judy Shelton
proceedings, a transcript of the organization of the jury and arguments of counsel must    Judge Truman M Hobbs Jr
be designated separately                                                      Montgomery, AL 36104

B. ☐ ORGANIZATION OF THE JURY - This designation will include voir dire examination and
challenges for cause. Note that in noncapital cases the voir dire of the jury will not be
recorded unless the trial judge so directs. (See Rule 19 4, ARCrP )

C. ☐ ARGUMENTS OF COUNSEL - Note that in noncapital cases the arguments of counsel will
not be recorded unless the trial judge so directs. (See Rule 19 4, ARCrP )

IN ADDITION TO ANY PROCEEDINGS DESIGNATED ABOVE, SPECIAL REQUEST IS HEREBY MADE TO INCLUDE THE FOLLOWING PROCEEDINGS IN THE REPORTER'S TRANSCRIPT PORTION OF THE RECORD ON APPEAL. (ATTACH ADDITIONAL PAGES IF NECESSARY):

| ADDITIONAL PROCEEDINGS REQUESTED | DATE | COURT REPORTER(S) |
|---|---|---|
| D. | | |
| E. | | |
| F. | | |
| G. | | |

**IMPORTANT NOTICE:** The court reporter who reported the proceedings for which a transcript is requested must be identified on this form to be effective. Additionally, it is important to note that the appellant may not be permitted to raise any issue on appeal relating to any proceedings in the case that are not specifically designated on this form for inclusion in the reporter's transcript. A general designation such as "all proceedings" is not sufficient. (See Rule 10(c)(2), A R App P )

**PART 3. MUST BE SIGNED IF THE APPEAL WILL HAVE A COURT REPORTER"S TRANSCRIPT:**
I CERTIFY THAT I HAVE DISTRIBUTED THIS FORM AS SET OUT BELOW. I ALSO CERTIFY (1) THAT I HAVE MADE SATISFACTORY FINANCIAL ARRANGEMENTS WITH EACH COURT REPORTER LISTED ABOVE FOR PREPARING HIS OR HER PORTION OF THE REPORTER'S TRANSCRIPT HEREIN REQUESTED; OR (2) THAT THE APPELLANT PROCEEDED AT TRIAL AS AN INDIGENT AND THAT THAT STATUS HAS NOT BEEN REVOKED; OR, (3) THAT THE APPELLANT HAS BEEN GIVEN PERMISSION TO PROCEED ON APPEAL IN FORMA PAUPERIS

Signature  Aimee C Smith    Date  10-1-03    Print or Type Name  Aimee C. Smith

DISTRIBUTION  Original filed with Clerk of Trial Court and copies mailed to:  (1) Clerk of the Court of Criminal Appeals,  (2) the District Attorney, (3) the Attorney General or the municipal prosecutor in lieu of the District Attorney and the Attorney General if the appeal is from a municipal conviction, and (4) to each Court Reporter who reported proceedings designated for inclusion in the reporter's transcript.

IN THE CIRCUIT COURT OF

MONTGOMERY COUNTY, ALABAMA

STATE OF ALABAMA,                    )

             Plaintiff,              )

VS.                                  )  CC NO. 02-1417

DARRYL J. JOYCE,                     )

             Defendant.              )

_____/


**INDEX TO REPORTER'S TRANSCRIPT ON APPEAL**

EXHIBITS                                      ADMITTED

SX 1 - Photograph                               186

SX 2 - Photograph                               186

SX 2A - Photograph                              193

SX 3 - Photograph                               186

SX 4 - Photograph                               186

SX 5 -  Photograph                              186

SX 6 -  Photograph                              145

SX 7 - Photograph                               138

SX 8 - Photograph                               252

SX 9 - Photograph                               144

SX 10 - Photograph                              252

SX 11 - Photograph                              252

53



STATE'S
EXHIBIT

56

STATE'S
EXHIBIT

58

STATE'S
EXHIBIT







STATE'S
EXHIBIT





STATE'S EXHIBIT







STATE'S
EXHIBIT



**Entrance Wounds**

STATE'S
EXHIBIT

70





72



ENTRANCE WOUND

ENTRANCE WOUND

EXIT WOUND

Date: February 2, 04

ALABAMA DEPARTMENT OF
FORENSIC SCIENCES

# BENJAMIN LEE BRISTOL

## WORK EXPERIENCE

Alabama Department of Forensic Sciences,

Medical Examiner  2/01-11/02                    Montgomery, AL

## EDUCATION

Hartford Hospital, Department of Pathology          Hartford, CT
*AP/CP Residency, 1999*

University of Connecticut, School of Medicine        Farmington, CT
*MD, 1993*

Harvard University                                  Cambridge, MA
*B.A Biochemistry, 1987*

## FELLOWSHIPS

Office of the Chief Medical Examiners                Orlando, FL
*Forensic Medicine Fellow, 2000*

Hartford Hospital, Department of Toxicology          Hartford, CT
*Post Graduate Year 5 Toxicology Subspecialty, 1999*

## RESEARCH EXPERIENCE

Hartford Hospital, Department of Toxicology          Hartford, CT
Toxicology research involving solid phase extraction
and gas chromatography/mass spectrometry, 1999

"Adulteration of Urine by Urine Luck"
Journal of Clinical Chemistry, 1999

Harvard University, Harvard Medical School           Cambridge, MA
Molecular biology research involving tissue culture,
enzymes, electrophoresis and flow cytometry, 1987

## CERTIFICATION

AP certified, FP board eligible

411 CHASEWAY DRIVE, PIKE ROAD, AL 36064   (334) 279 1554 (H)

EMAIL: BENMEAL@AOL.COM

STATE'S EXHIBIT

20 - 9



STATE'S
EXHIBIT

21



80

STATE'S
EXHIBIT

27-9

CASE #02-02623

VICTIM: B/M, JAMES EDWARD FRIENDLY
DATE: 02/01/2002
TIME: 2337 HOURS
LOCATION: 4000 BLOCK OF MARYLN ST.,
MONTGOMERY, AL  36108

INVESTIGATOR: CPL. E.E. HOWTON JR. #404
DRAWN BY: CPL. E.E HOWTON JR. #404

**** DRAWING NOT TO SCALE ****

LEGEND

(1) EBONY NICOLE JUDKINS
APARTMENT: 4002-A MARYLN ST.

(2) AREA BETWEEN BUILDINGS WHERE
VICTIM WAS SHOT.

(3) ERIC STEWART/AMY ALBRIGHT
APARTMENT: 4003-A MARYLN ST.

(4) 4000 BLOCK OF MARYLN ST.





STATE'S
EXHIBIT
31



DEFENDANT'S EXHIBIT #

Signature: _Bryant Thomas_

Montgomery Police Department Photo Line up

I have identified picture # ___ as the suspect on _2-2-00_ (Date)

Montgomery Police Department Case #

| State of Alabama<br>Unified Judicial System<br><br>ARAP-14      Rev. 11/91 | CERTIFICATE OF COMPLETION AND<br>TRANSMITTAL OF RECORD ON<br>APPEAL BY TRIAL CLERK | Appellate Case Number<br><br>_____ |
|---|---|---|

| TO: THE CLERK OF<br>THE COURT OF CRIMINAL APPEALS OF ALABAMA | DATE OF<br>NOTICE OF APPEAL:  08 | 18 | 03 |
|---|---|

**APPELLANT**           *Darryl Jeron Joyce*

v. | **STATE OF ALABAMA**

I certify that I have this date completed and transmitted herewith to the appellate court the record on appeal by assembling in (a single volume of _____ pages) (_____ volumes of 200 pages each and one volume of _____ pages) the clerk's record and the reporter's transcript and that one copy each of the record on appeal has been served on the defendant and the Attorney General of the State of Alabama for the preparation of briefs.

I certify that a copy of this certificate has this date been served on counsel for each party to the appeal.

DATED this _12th_ day of _November_, _2003_.


_____
Circuit Clerk

CR-02-2104
Part 1 of 5

**DOCUMENT NAME:** Joyce, Darryl Jevon

**CLIENT & MATTER:** 58199-001

**DESCRIPTION:**
County: Montgomery          LWOP
CC#s: 2002-1417
Attorney: Jean Therkelsen
Circle: (TRANSCRIPT)    CASE FILE    BOTH

3 volumes

## CERTIFICATION

I hereby certify that the preceding imaged records and documents

are a true, accurate, and complete image of the original records or

documents as received by the Office of the Attorney General of

the State of Alabama.

This the 19th day of January, 2005.

Signed: _____

Notary: _____

Coleen F. Gibson
Notary Public
Commission expires 06/11/06