**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 17, 2006

# NOTICE OF ERROR

**From:** Clerk's Office

**Case Style: Darryl Je'von Joyce vs. Warden Jones et al.**

**Case Number: 2:05cv1009-ID**

**This Notice of Error was filed in the referenced case this date to correct the following deficient pleadings which were filed on 3/7/2006 in accordance with amended Federal Rules of Civil Procedure 5(e). Reference is made to documents #11 & #12 filed on 3/7/2006. These documents are to be STRICKEN from the record as they were filed in error and are duplicates of Document #10.**