IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 DEC 10 A 10:28

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DARRYL Je'von Joyce
   Petitioner

VS.

2:05-CV-1009-ID
(WO)

Warden Jones et al,
   Respondents

MOTION FOR SEVEN ADDITIONAL DAY'S
TO PREPARE AND FILE OBJECTIONS TO
MAG/ JUDGE'S REPORT AND RECOMMENDATION.

COMES now the petitioner DARRYL Je'von Joyce [hereinafter Joyce] in the above styled cause of action an Request seven additional days to prepare and file "objections", on the following grounds to wit:

(1) Joyce is presently a segregation inmate with access to the Law library only twice a week.

(2) Joyce is pro-se and untrained in the science of law.

(3) Joyce status as a segregation inmate doesn't provide—

-1-

him with the Adequate Resources and time to properly prepare Required objection's And is therefore in need of seven Additional days to adequate submit said objection's.

WHEREFORE, for the Above said Reasons Joyce Prays that said request for Additional time be granted.

Respectfully submitted,
+ Darryl A. Joyce
1000 St. Clair Road -
Springville, AL 35146

Certificate of Service

I hereby certify that on the 3rd day of December, 2007 that A copy of Petitioner's Motion For Additional Time, has been served upon A.G. Troy King at 11 South Union Street, Alabama State House, Montgomery, AL. 36130, by placing said motion in the Institutional Mail Box, and mailing such via, U.S. Mail postage prepaid.


+ Darryl A. Joyce

Darryl Le'vinn Joyce
#183316
100 St. Clair Road
Springville, AL 35146

Legal Mail

To: The Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711