IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DARRYL JE'VON JOYCE, #183 316   *

    Petitioner,   *

    v.   *   2:05-CV-1009-ID

WARDEN JONES, *et al.*,   *

    Respondents.   *

_____

**ORDER ON MOTION**

Petitioner seeks an extension of time to file objections to the November 19, 2007 Recommendation of the Magistrate Judge. Petitioner's motion has been read, considered, and shall be granted.

Accordingly, it is ORDERED that:

1. Petitioner's Motion for Extension of Time (*Doc. No. 25*) is GRANTED; and

2. Petitioner is GRANTED an extension from December 7, 2007 to December 17, 2007 to file his objections.

Done, this 11th day of December 2007.

                        /s/ Terry F. Moorer
                        TERRY F. MOORER
                        UNITED STATES MAGISTRATE JUDGE