IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRYL JE'VON JOYCE, #183316, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 2:05cv1009-ID |
| v. ) | |
| ) | |
| ) | |
| WARDEN JONES, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Before the court are the Recommendation of the Magistrate Judge and Plaintiff's Objections. (Doc. Nos. 24, 27.) Having conducted a *de novo* determination of those portions of the Recommendation to which objections are made, it is CONSIDERED and ORDERED as follows:

1.  Petitioner's Objections be and the same are hereby OVERRULED.

2.  The Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED.

3.  The petition for habeas corpus relief filed by Darryl Joyce be and the same is hereby DENIED and DISMISSED with prejudice.

DONE this 19th day of December, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE