IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRYL JE'VON JOYCE, #183316, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 2:05cv1009-ID |
| v. ) | |
| ) | |
| ) | |
| WARDEN JONES, et al., ) | |
| ) | |
| Respondents. ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings and orders of the court, it is

CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby entered in favor of Respondents Warden Jones and Troy King and against Petitioner Darryl Joyce and that Petitioner take nothing by his said suit.

DONE this 19th day of December, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE