IN THE DISTRICT COURT OF THE UNITED STATES FOR
THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

Darryl Je'von Joyce )
    Petitioner, )
 )
 )
Vs. )   CV- 2:05 CV-1009-ID
 )
 )
Warden Jones et al. )
    Respondents, )
 )

## NOTICE OF APPEAL

COMES now the Petitioner Darryl Je'von Joyce [ herein after Joyce ] in the above styled cause of action and hereby gives Notice of Appeal of the denial of his petition for Writ Of Habeas Corpus December 19th, 2007, to the United States Eleventh Circuit Court of Appeals.

_____
Darryl Je'von Joyce

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of December, 2007, I have served a copy of the Petitioner's Notice of Appeal, upon A.G. Troy King at 11 South Union Street, Alabama State House, Montgomery, AL 36130, Via, United States Mail postage prepaid.

_____
Darryl Je'von Joyce
Ais # 183316-C-43
1000 St. Clair Rd
Springville, AL 35146

Darryl Je'von Joyce
Ais # 183316-C-43
1000 St. Clair Rd
Springville, AL 35146



This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

Clerk: Mrs. Debra K. Hackett
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

FOR LEGAL PURPOSES 0810180711