Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

March 05, 2008

**Appeal Number: 08-10290-B**
Case Style: Darryl Je'von Joyce v. Warden Jones
District Court Number:  05-01009 CV-D-N

TO:   Debra P. Hackett

CC:   Darryl Je'von Joyce (183316)

CC:   Jean Alexandra Therkelsen

CC:   Troy King

CC:   Administrative File

CC:   Administrative File

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 05, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 08-10290-B**
Case Style: Darryl Je'von Joyce v. Warden Jones
District Court Number: 05-01009 CV-D-N

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers (404) 335-6181

Encl.

DIS-2 (03-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 08-10290-B

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAR - 5 2008

THOMAS K. KAHN
CLERK
```

DARRYL JE'VON JOYCE,

Petitioner-Appellant,

versus

WARDEN JONES,
TROY KING, The Attorney General
of the State of Alabama,

Respondents-Appellees.

_____

Appeal from the United States District Court for the

Middle District Of Alabama

_____

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $450 docketing and $5 filing fees ($455) to the district court clerk within the time fixed by the rules, effective this 5th day of March, 2008.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By:  Carolyn Magers
     Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy - Attest:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _Carolyn Magers_
    Deputy Clerk
    Atlanta, Georgia

ORD-40